IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SUZANNE R. CARNES,<br><br>Plaintiff,<br><br>vs.<br><br>FANNIE'S INC. d/b/a Fannie's Cabaret,<br><br>Defendant. | Civil Action No. 19-cv-4171-MHC |

## RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(d)(1) and Rule 5.4(A) of the Local Rules of the United States District Court, Northern District of Georgia, Defendants Fannie's, Inc., d/b/a Fannie's Cabaret hereby certifies that, on February 24, 2020, it served the **Fannie's, Inc.'s Responses to Plaintiff's First Continuing Interrogatories**, and **Fannie's, Inc.'s Responses to Plaintiff's First Continuing Requests for Production of Documents** by electronic mail upon counsel for Plaintiff.

This the 24th day of February, 2020.

/s/ John A. Christy
JOHN A. CHRISTY
Georgia Bar No. 125518
JONATHAN A. AKINS

                                      Georgia Bar No. 472453
                                      *Attorneys for Defendants Fannie's, Inc.*

SCHREEDER, WHEELER & FLINT, LLP
1100 Peachtree Street, NE, Suite 800
Atlanta, Georgia 30309
Telephone: (404) 681-3450
Facsimile: (404) 681-1046
Email: jchristy@swfllp.com
             jakins@swfllp.com