# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:19-cv-04171-MHC
## Carnes v. Fannie's Inc.
## Honorable Mark H. Cohen

Minute Sheet for proceedings held In Chambers on 06/10/2020.

TIME COURT COMMENCED: 3:40 P.M.
TIME COURT CONCLUDED: 3:55 P.M.          COURT REPORTER: Judith Wolff
TIME IN COURT: 00:15                                       DEPUTY CLERK: Lynn Beck
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Jonathan Akins representing Fannie's Inc.<br>John Christy representing Fannie's Inc.<br>Matthew Herrington representing Suzanne R. Carnes |
| PROCEEDING CATEGORY: | Telephone Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | The Court conducted a telephone conference call at the request of the parties. The parties discussed discovery issues. The call was ended early as attorney Herrington was ill. Call is continued to tomorrow, Thursday, June 11 at 10:00 am. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at 10:00 am on June 11, 2020. |