# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:19-cv-04171-MHC
## Carnes v. Fannie's Inc.
## Honorable Mark H. Cohen

Minute Sheet for proceedings held In Chambers on 06/11/2020.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 11:15 A.M.    COURT REPORTER: Judith Wolff
TIME IN COURT: 1:15                  DEPUTY CLERK: Lynn Beck
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Jonathan Akins representing Fannie's Inc.<br>Charles Bridgers representing Suzanne R. Carnes<br>John Christy representing Fannie's Inc.<br>Kevin Fitzpatrick representing Suzanne R. Carnes<br>Matthew Herrington representing Suzanne R. Carnes |
| PROCEEDING CATEGORY: | Telephone Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | Teleconference resumed from yesterday. Parties discussed discovery issues. Court resolved the discovery issues. Parties are to discuss further issues. See transcript for details. |
| HEARING STATUS: | Hearing Concluded |